FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA 2003 APR 29  PM 3: 36
SOUTHERN DIVISION

N.D. OF ALABAMA

JAMES CLAYTON NELSON,         )
                              )
          Petitioner,         )
                              )
vs.                           )   CIVIL ACTION NO. 00-AR-3652-S
                              )
WARDEN BILLY MITCHEM, et al,  )
                              )
          Respondents.        )

ENTERED

APR 29 2003

## MEMORANDUM OF OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, the objections of the petitioner, and a letter to the court, received from the petitioner on April 21, 2003. In the letter, Nelson complained about the magistrate judge's handling of this case. The court has treated the petitioner's letter as a motion requesting: 1) that another magistrate judge be assigned to the case; 2) that the state be ordered to provide him with documents, including a transcript; and 3) that he be allowed to resubmit the documents that were returned to him by the court pursuant to his repeated requests that the documents be returned to him. After carefully reviewing the petitioner's "motions," the court finds that they are frivolous. There is nothing in the record to indicate that the magistrate judge assigned to the case should be replaced for any reason. Furthermore, the documents Nelson seeks from the respondents and the documents he seeks to resubmit to the court are unnecessary to the resolution of this action, since the petitioner's claims are all procedurally defaulted. Therefore, his motions are DENIED.



Additionally, the court has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accordance with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE this 29th day of April, 2003.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE